UNITED STATES DISTRICT COURTS

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID B. WHEELER and AMERICAN MUCKRAKERS PAC, INC., Plaintiffs, <br><br> VS. <br><br> ELON MUSK, in his capacity as Head of the Department of Government Efficiency; DONALD J. TRUMP, in his individual capacity; VIVEK RAMASWAMY, in his former capacity as Co-Head of the Department of Government Efficiency; OFFICE OF MANAGEMENT AND BUDGET; and UNITED STATES DEPARTMENT OF GOVERNMENT EFFICIENCY (DOGE), Defendants. | CIVIL ACTION NO: <br> **1:25-cv-00518-TSC** |

**PLAINTIFFS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs David B. Wheeler and American Muckrakers PAC, Inc., pro se, hereby move to voluntarily dismiss this action in its entirety, without prejudice, against all Defendants: Elon Musk, Donald J. Trump, Vivek Ramaswamy, the Office of Management and Budget (OMB), and the United States Department of Government Efficiency (DOGE). In support of this Motion, Plaintiffs state the following:

1

RECEIVED Mail Room MAR 24 2025 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

## INTRODUCTION

Plaintiffs filed this Complaint on February 3, 2025, seeking declaratory and injunctive relief for alleged violations of the Federal Advisory Committee Act (FACA), the Administrative Procedure Act (APA), and civil conspiracy by Defendants. Since filing, circumstances have changed significantly. Other plaintiffs, better situated and funded, have emerged to pursue similar claims, reducing the necessity of this action. Additionally, prosecuting this case pro se from North Carolina poses substantial obstacles to achieving justice. Accordingly, Plaintiffs seek to dismiss the action without prejudice.

## LEGAL STANDARD

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Such dismissal is without prejudice unless otherwise stated. If court approval is required under Rule 41(a)(2), dismissal may be granted "on terms that the court considers proper," considering factors such as prejudice to defendants and judicial efficiency. See Conafay v. Wyeth Labs., 841 F.2d 417, 419 (D.C. Cir. 1988).

## ARGUMENT

1. Dismissal Under Rule 41(a)(1)(A)(i) is Proper: As of March 17, 2025, no Defendant has filed an answer or motion for summary judgment in this action, commenced on February 3, 2025 [adjust if incorrect based on your knowledge of the docket]. Plaintiffs thus retain the unilateral right to dismiss this action without prejudice under Rule 41(a)(1)(A)(i). This dismissal applies to all Defendants named in the Complaint.

2. Reasons for Dismissal Support the Motion:

   o Emergence of Better-Situated Plaintiffs: Since filing, other plaintiffs with greater resources and proximity to the District of Columbia have initiated actions addressing similar issues with DOGE's operations. These parties are better equipped to litigate complex federal claims, reducing the need for this duplicative suit.

   o Challenges of Pro Se Litigation from North Carolina: Prosecuting this case pro se from Spruce Pine, North Carolina, over 400 miles from this Court, imposes significant logistical and financial burdens on Plaintiffs. These constraints hinder effective advocacy and the pursuit of justice, particularly against well-resourced Defendants. Voluntary dismissal allows Plaintiffs to step aside in favor of more capable litigants.

3. Alternative Request Under Rule 41(a)(2):

   If Rule 41(a)(1) is inapplicable (e.g., due to an unnoticed filing by Defendants), Plaintiffs request dismissal without prejudice under Rule 41(a)(2). Dismissal at this early stage—before significant discovery or judicial proceedings—causes no prejudice to Defendants, who have not yet invested substantial resources. The public interest in efficient justice, coupled with Plaintiffs' good-faith decision to withdraw, supports this request.

4. No Prejudice to Defendants:

   Dismissal without prejudice preserves all parties' positions as they existed prior to filing. Defendants face no legal or procedural harm, as the case remains in its infancy, with no counterclaims or significant litigation activity apparent.

## CONCLUSION

Plaintiffs respectfully request that this Court acknowledge their voluntary dismissal of the entire action without prejudice under Rule 41(a)(1)(A)(i), effective upon filing. Alternatively, Plaintiffs request an order dismissing the action without prejudice under Rule 41(a)(2). This dismissal terminates all claims against Elon Musk (in his official and individual capacities), Donald J. Trump, Vivek Ramaswamy, OMB, and DOGE, as set forth in the Complaint filed February 3, 2025.

Dated: March 17, 2025

Respectfully submitted,

David B. Wheeler
Pro Se Representative for Plaintiffs
David B. Wheeler and American Muckrakers PAC, Inc.
P.O. Box 51
Spruce Pine, NC 28777
(312) 213-6001
david@americanmuckrakers.com (mailto:david@americanmuckrakers.com)

CC: All Defendants via USPS